UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOZEF GARAN,

                        Plaintiff,

        -*against*-

1199SEIU BENEFIT AND PENSION FUNDS,

                        Defendant.

**ORDER**

24-cv-7152 (ER)

At a telephone conference held on October 22, 2024, the Court granted defendant 1199SEIU Benefit and Pension Fund leave to file a motion to dismiss and directed the motion to be filed by November 12, 2024. The defendant filed the motion by that date on ECF, and noted in the Notice of Motion, Doc. 7, and the Local Civil Rule 12.1 Notice, Doc. 10, that the papers were provided to *pro se* plaintiff Jozef Garan, at the address listed on the Docket for Mr. Garan. However, the defendant does not indicate how the papers were served, nor did it post proof of service on ECF.

The Court is now in receipt of a letter from Mr. Garan in which he indicates that he had not (as of November 14, 2024) received the documents. Defendant is directed to re-serve the papers on Mr. Garan and to post proof of service on ECF. *See* Section 9.2 of the Court's ECF rules and instructions ("Attorneys and *pro se* parties who are not filing or receiving users on the Court's electronic filing system must be served with a paper copy of any electronically filed pleading or other document." "Such paper service must be documented by electronically filing proof of service.").

2

It is SO ORDERED.

Dated: November 21, 2024
       New York, New York

_____
Edgardo Ramos, U.S.D.J.