**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOZEF GARAN,

                Plaintiff,

-against-                    24 **CIVIL** 7152 (ER)

**JUDGMENT**

1199SEIU BENEFIT AND PENSION
FUNDS,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 31, 2025, the motion is GRANTED, and the complaint is DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     August 1, 2025

                                              **TAMMI M. HELLWIG**

                                                     **Clerk of Court**

                            **BY:**

                                                     **Deputy Clerk**